McGREGOR W. SCOTT
United States Attorney

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:     (202) 307-6648
Telephone:     (202) 307-0977
Facsimile:     (202) 307-0054
E-mail:        justin.s.kim@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EDWARD HODGSON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 07-cv-1536-WBS-JFM<br><br>**STIPULATION REQUESTING CONTINUANCE OF THE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND [PROPOSED] ORDER** |

The undersigned parties jointly request that the Court continue the Status (Pretrial Scheduling) Conference now set on October 9, 2007, and the deadlines in its Order of July 30, 2007.  The United States recently filed a motion to dismiss under Federal Rule of Civil Procedure 12(b), with a hearing noticed for October 29, 2007.  The parties therefore respectfully request that the Court continue the scheduling conference until after the resolution of the motion.

                                          Respectfully submitted,

Dated this 14th day of September, 2007.    /s/ Justin S. Kim
                                                             JUSTIN S. KIM
                                                             Trial Attorney, Tax Division
                                                             U.S. Department of Justice

Dated this 12th day of September, 2007.    /s/ Timothy E. Hodgson
                                                             TIMOTHY E. HODGSON
                                                             Plaintiff

1 **ORDER**

2   Pursuant to the request of the parties, the Status (Pretrial Scheduling) Conference, currently
3 scheduled for October 9, 2007 at 2:00 p.m. is hereby continued to **December 3, 2007 at 2:00 p.m.**   All
4 deadlines specified in the Court's Order of July 31, 2007, shall also be continued and reset based on the
5 new hearing date.

6   IT IS SO ORDERED.

8 Dated:  September 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made this 14th day of September, 2007, by depositing true and correct copies thereof in the United States mail, postage prepaid, addressed to:

Timothy E. Hodgson
3620 American River Drive, Suite 130
Sacramento, CA 95864

    /s/ Justin S. Kim
JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice