McGREGOR W. SCOTT
United States Attorney

JUSTIN S. KIM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:	(202) 307-6648
Telephone:	(202) 307-0977
Facsimile:	(202) 307-0054
E-mail:	justin.s.kim@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY EDWARD HODGSON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil No. 07-cv-1536-WBS-JFM<br><br>**ORDER** |

Upon consideration of the United States' Motion for Leave to Appear by Telephone and good cause having been shown, the Court grants the Motion.  Washington, D.C. counsel may appear at the hearing in this matter now set for October 29, 2007, by telephone, provided that local counsel from the United States Attorney's office is present at the hearing.

IT IS SO ORDERED.


DATE: October 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing has been made this 19th day of October, 2007, by depositing true and correct copies thereof in the United States mail, postage prepaid, addressed to:

    Timothy E. Hodgson
    3620 American River Drive, Suite 130
    Sacramento, CA 95864

                                  /s/ Justin S. Kim
                                  JUSTIN S. KIM
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice